LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MENDOZA, an individual, on behalf of himself, and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., a Washington Corporation authorized to do business in the State of California, and DOES 1 through 100, Inclusive,<br><br>Defendants.<br><br>MEAGAN GORDON, an individual, on behalf of herself, and on behalf of all other persons similarly situated,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>NORDSTROM, INC., a Washington Corporation authorized to do business | Case No. SACV 10-00109-CJC (MLGx)<br><br>**[~~PROPOSED~~] ORDER RE JOINT STIPULATION RE PROTECTIVE ORDER**<br><br><br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

[~~PROPOSED~~] ORDER RE JOINT
STIPULATION RE PROTECTIVE
ORDER

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore, hereby approves and adopts the terms of the proposed Stipulated Protective Order as the Order of the Court.

IT IS SO ORDERED.

Dated: April 26, 2011

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

[PROPOSED] ORDER RE JOINT STIPULATION RE PROTECTIVE ORDER

2.